WALTER W. SMITH v. BENJAMIN NANNEN.— Motion to dismiss appeal granted,

with ten dollars costs, unless the appellant procure the record on appeal to be filed on or before November 10, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.